**CT Corporation**

**Service of Process Transmittal**
04/06/2021
CT Log Number 539337860

**TO:**  Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:**  **Process Served in Florida**

**FOR:**  Costco Wholesale Corporation  (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | TANIA MARIA LOPEZ, PLTF. vs. COSTCO WHOLESALE CORPORATION, DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 21006783CA01 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/06/2021 at 04:04 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/06/2021, Expected Purge Date: 04/21/2021 |
| | Image SOP |
| | Email Notification,  Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification,  Zois Johnston  zjohnston@costco.com |
| | Email Notification,  Maureen Papier  maureen_papier@gbtpa.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>866-665-5799<br>SouthTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Composite Exhibit "A"



# PROCESS SERVER DELIVERY DETAILS

**Date:**              Tue, Apr 6, 2021

**Server Name:**       CHRISTOPHER YEOMAN

| | |
|---|---|
| Entity Served | COSTCO WHOLESALE CORPORATION |
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 21-006783 CA 01 |
| Jurisdiction | FL |



Filing # 123482334 E-Filed 03/22/2021 09:48:21 AM

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 21-006783 CA 01

DATE: 4/6/21
TIME: 215pm.
SERVER:
ID#

**TANIA MARIA LOPEZ,**

                Plaintiff,

**CIVIL ACTION SUMMONS**

VS.

**COSTCO WHOLESALE CORPORATION,**

                Defendant.
_____/

**THE STATE OF FLORIDA:**

TO EACH SHERIFF OF THE STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint in this lawsuit on Defendant:

**Costco Wholesale Corporation
By serving CT Corporation System, Registered Agent
1200 South Pine Island Road
Plantation, Florida 33324**

Each Defendant is required to serve written defenses to the Complaint or Petition on Plaintiff's attorney, to wit:

**WILLIAM C. RUGGIERO, ESQUIRE
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
(954) 462-2300
Email:  Ruggiero@wcrlaw.com**

within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, Miami-Dade County Courthouse, 73 West Flagler Street, Miami, Florida 33130, either before service on Plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

**DATED ON** _____3/23/2021_____, 2021.

HARVEY RUVIN
as Clerk of said court

310009

(SEAL)                                                BY: _____
                                                           Deputy Clerk

WCR:am
March 22, 2021

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

**TANIA MARIA LOPEZ,**

        Plaintiff,

vs.

**COSTCO WHOLESALE CORPORATION,**

        Defendant.

_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, TANIA MARIA LOPEZ, by and through undersigned counsel and sues the Defendant, COSTCO WHOLESALE CORPORATION, and alleges as follows:

1. That this is an action for damages in excess of Thirty Thousand ($30,000.00) Dollars.

2. That the Plaintiff, TANIA MARIA LOPEZ, at all times material and relevant hereto was a resident of the city of Hialeah, Miami-Dade County, Florida and is sui juris.

3. That the Defendant, COSTCO WHOLESALE CORPORATION, is and has been at all times material hereto licensed to do business in the State of Florida.

4. That on or about April 8, 2020, the Plaintiff, TANIA MARIA LOPEZ, was lawfully on the premises of the Defendant, COSTCO WHOLESALE CORPORATION, located at 7795 W Flagler Street, Miami, Florida 33144, as a business invitee.

5. That on or about April 8, 2020, the Defendant, COSTCO WHOLESALE CORPORATION, by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

6.    That on or about April 8, 2020 the Defendant, COSTCO WHOLESALE CORPORATION, by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit: The Plaintiff, TANIA MARIA LOPEZ , slipped and fell on dirty substance on the floor on the Defendant's premises causing the Plaintiff serious injury.

7.    That the Defendant, COSTCO WHOLESALE CORPORATION, either knew or should have known of the existence of the dangerous condition of the common area and should have taken steps to warn the Plaintiff, TANIA MARIA LOPEZ, of the existence of the dangerous condition.

8.    That the Defendant, COSTCO WHOLESALE CORPORATION, had a non-delegable duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9.    That the Defendant failed to maintain said common areas in a safe and proper condition.

10.    That the Defendant, COSTCO WHOLESALE CORPORATION, was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11.    That the Defendant, COSTCO WHOLESALE CORPORATION, failed to warn the Plaintiff, TANIA MARIA LOPEZ, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, TANIA MARIA LOPEZ, was known or reasonably foreseeable by the Defendant, COSTCO WHOLESALE CORPORATION, and the Plaintiff, TANIA MARIA LOPEZ, neither knew nor should have known of said condition and risk by the use of reasonable care.

12.    That as a result of the Defendant's negligence, Plaintiff, TANIA MARIA LOPEZ, was severely injured.

13.    That as a direct and proximate result of the negligence of the Defendant, COSTCO WHOLESALE CORPORATION, the Plaintiff, TANIA MARIA LOPEZ, was injured in and about her body and extremities, suffered pain therefrom, suffered physical handicap, lost wages, loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14.    In addition, as a direct and proximate result of the Defendant, COSTCO WHOLESALE CORPORATION, the Plaintiff, TANIA MARIA LOPEZ, incurred medical expenses in the treatment of  injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, COSTCO WHOLESALE CORPORATION, and a trial by jury of all issues triable as a right by a jury.

DATED this 18th day of March, 2021.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone:  (954) 462-2300
Email:  Ruggiero@wcrlaw.com

BY:    /s/ William C. Ruggiero
WILLIAM C. RUGGIERO
Florida Bar No. 878499

WCR:am