UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-21670-CIV-MARTINEZ

TANIA MARIA LOPEZ,

    Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

    Defendant.

_____/

## SPECIAL VERDICT FORM

We, the Jury, unanimously return the following verdict:

1. Was there negligence on the part of the Defendant COSTCO WHOLESALE CORPORATION that was a legal cause of loss, injury, or damage to Plaintiff TANIA MARIA LOPEZ?

   YES ✓   NO ____

   **If your answer to question 1 is NO, this ends your deliberation, and your verdict is for the Defendant. Your foreperson should sign and date this verdict form.**

   **If your answer to Question 1 is "YES," please go on to answer Question 2.**

2. Was there negligence on the part of Plaintiff TANIA MARIA LOPEZ that was a legal cause of her own loss, injury, or damage?

   YES ____   NO ✓

   **If your answer to Question 2 is "YES," please answer questions 3 through 5.**

   **If your answer to Question 2 is "NO," please skip Question 3 and answer Questions 4 and 5.**

3. State the percentage of any negligence that was a legal cause of loss, injury, or damage to Plaintiff TANIA MARIA LOPEZ that you charge to:

   COSTCO WHOLESALE CORPORATION  ____%

   TANIA MARIA LOPEZ ____%

   (Total Must Equal 100%)

   **In determining the amount of any damages, do not make any reduction because of the negligence, if any, of Plaintiff TANIA MARIA LOPEZ. If you find that Plaintiff TANIA MARIA LOPEZ was negligent, the court in entering judgment will make an appropriate reduction in the damages awarded. Please answer question 4.**

4. What is the total amount of Plaintiff TANIA MARIA LOPEZ's damages for medical expenses incurred in the past and medical expenses reasonably certain to be incurred in the future as a result of the accident of April 8, 2020?

   A. In the past?   $ 101,412

   B. In the future?   $ 20,588

   **Please answer question 5.**

5. What is the total amount of Plaintiff TANIA MARIA LOPEZ's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of an existing disease or physical defect, and loss of capacity for the enjoyment of life sustained in the past and reasonably certain to be sustained in the future as a result of the accident of April 8, 2020?

   A. In the past?   $ 15,000

   B. In the future?   $ 18,000

   **Please answer question 6.**

**[SPACE LEFT INTENTIONALLY BLANK]**

6. Total compensatory damages of Plaintiff TANIA MARIA LOPEZ:

$ 155,000

**Please add lines 4A, 4B, 5A, and 5B.**

**This ends your deliberation. Your foreperson should sign and date this verdict form.**

SO SAY WE ALL, this 30 day of June, 2022.

_____
FOREPERSON SIGNATURE

_____
FOREPERSON NAME